UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LISA MARIE VILLELLA,

    Plaintiff,

v.                                    Case No: 5:18-cv-42-Oc-WTH-PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

THIS CAUSE concerns Plaintiff Lisa Marie Villella's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Disability Insurance Benefits after proceedings before an Administrative Law Judge ("ALJ").[1] On February 8, 2019, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 23), to which Plaintiff filed objections (Doc. 24), and Defendant filed a response (Doc. 25).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation (Doc. 23) to which Plaintiff objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 12.)

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 23) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this ____ day of March, 2019.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record